IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY BENNETT,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   Case No. 14-cv-392-bbc
        06-cr-126-bbc

UNITED STATES OF AMERICA,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Gregory Bennett's motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.

| s/V. Olmo, Deputy Clerk | 9/4/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |