IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY BENNETT-BEY,
    petitioner

v.

UNITED STATES OF AMERICA,
    RESPONDENT.

14-CV-392-bbc

Judge Barbara B. Crabb

DOC NO
REC'D/FILED
2014 NOV -7 AM 10: 07
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## NOTICE OF APPEAL

Now comes petitioner, Gregory Bennett-Bey, pro se who hereby gives notice that he hereby appeals to the U.S. Court of Appeals for the Seventh Circuit from the September 4, 2014 Opinion and Order denying his §2255 motion to vacate set aside or correct sentence and the court's denial of his Rule59(e) motion, in the above captioned case action by honorable judge Barbara B. Crabb, in the Western District of Wisconsin.

Petitioner also hereby requests a certificate of appealability. See application for a COA.

Respectfully Submitted,

*Gregory Bennett Bey*

Gregory Bennett-Bey, pro se.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY BENNETT-BEY,
petitioner

v.

14-CV-392-bbc

UNITED STATES OF AMERICA,
RESPONDENT.

Judge Barbara B. Crabb

DOC NO
REC'D/FILED
2014 NOV 10 AM 10: 35
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## NOTICE OF APPEAL

Now comes petitioner, Gregory Bennett-Bey, pro se who hereby gives notice that he hereby appeals to the U.S. Court of Appeals for the Seventh Circuit from the September 4, 2014 Opinion and Order denying his §2255 motion to vacate set aside or correct sentence and the court's denial of his Rule 59(e) motion, in the above captioned case action by honorable judge Barbara B. Crabb, in the Western District of Wisconsin.

Petitioner also hereby requests a certificate of appealability. See application for a COA.

Respectfully Submitted,

*Gregory Bennett-Bey*

Gregory Bennett-Bey, pro se.